# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, | No. 111 MM 2015

Respondent

v.

ALEX LEROY LOVEJOY,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of September, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.